IN THE CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE FOR THE
THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

FILED JUL 02 2013
CIRCUIT COURT CLERK
BY _____ D.C

| | |
|---|---|
| PARKWAY FOX, L.P., d/b/a PARKWAY VILLAGE WEST, | |
| Plaintiff, | |
| v. | Docket No. CT-002822-13 |
| THE MASSACHUSETTS BAY INSURANCE COMPANY, | JURY DEMAND   DIV III |
| Defendant. | |

## COMPLAINT

Plaintiff, Parkway Fox, L.P., d/b/a Parkway Village West ("Parkway") by its attorneys, Gilbert Russell McWherter PLC and Childress Duffy, Ltd., for its Complaint against Defendant, The Massachusetts Bay Insurance Group, Inc. ("Massachusetts Bay"), states as follows:

### PARTIES, JURISDICTION AND VENUE

1. At all relevant times hereto, Parkway was and is a Texas Limited Partnership that owned and operated shopping centers in Shelby County, Tennessee, including but not limited to Parkway Village West, located at 3071-3149 S. Perkins Road and 4660 Knight Arnold Road, which shall hereafter be referred to as the "Insured Premises."

2. Massachusetts Bay is a Hanover Insurance Group company with its principle place of business in Worcester, Massachusetts. Massachusetts Bay is registered to do business in Tennessee and is engaged in the business of issuing property and casualty insurance policies within Tennessee, including Shelby County.


EXHIBIT A

3. This Complaint originates as the result of a storm event that damaged buildings located at the Insured Premises, and Massachusetts Bay's refusal and denial to pay the full amount of Parkway's claim for the insurance proceeds.

### COUNT I (Breach of Contract)

4. Massachusetts Bay issued to Parkway a policy of insurance, which was in effect from August 29, 2010, to August 29, 2011, covering the Insured Premises ("the Policy"). A copy of the Policy is attached as Exhibit "A."

5. Under the Policy, Massachusetts Bay agreed to pay for covered direct physical loss and damage to the Insured Premises, including, but not limited to, loss and damage caused by wind.

6. Parkway paid the premiums due on the Policy in a timely manner, and performed all of the duties and responsibilities required of it under the Policy, or alternatively, has been excused from performance by Massachusetts Bay's acts, representations and/or conduct.

7. While the Policy was in full force and effect, on or about April 4, 2011, Parkway suffered direct, physical loss of or damage to the Insured Premises due to wind and a storm (the "Loss").

8. Parkway promptly and properly made a claim to Massachusetts Bay for insurance benefits under the Policy, namely the costs to repair and/or replace the damage by the Loss, and fulfilled all other duties required of it under the Policy after discovery of the Loss.

9. Pursuant to the Policy, Massachusetts Bay has a contractual obligation to fully investigate and adjust the Loss, and pay the full amount of Parkway's covered losses, including the costs to repair and/or replace the damage, less applicable deductible.

10. On May 28, 2012, Massachusetts Bay advised that it was refusing and denying payment of the Loss.

11. Parkway has performed all conditions precedent to its right to recovery under the Policy, yet Massachusetts Bay has failed and refused to make payment to Parkway. Unable to resolve the claim outside of litigation, Parkway sought and retained counsel to assist in the bringing of this action.

12. Massachusetts Bay's refusal to pay the full amount of Parkway's loss is in breach of the Policy, and Massachusetts Bay is liable to Parkway for the full amount allowed by the Policy for the Loss.

13. Massachusetts Bay refused and continues to refuse to pay for all of the benefits under the Policy, including the full cost to repair and/or replace the wind damage to the Insured Premises, forcing Parkway to litigate.

14. Massachusetts Bay breached its contract with Parkway by:

   a. not promptly paying Parkway all benefits owed as a result of the covered Loss;

   b. not putting Parkway in the position it would have been in had it timely performed all of its contractual duties.

15. As a direct and proximate result of Massachusetts Bay's breach of contract, Parkway:

   a. suffered and will continue to suffer significant property damage;

   b. incurred and will incur in the future costs to repair and/or replace the property damage;

   c. suffered and will continue to suffer consequential damages;

d. is entitled to an award of prejudgment interest, taxable costs, and investigatory fees; and

e. incurred other expenses as a result of Massachusetts Bay's breach of contract.

WHEREFORE, Plaintiff, Parkway Fox L.P., demands judgment in its favor against Defendant, The Massachusetts Bay Insurance Company, as follows:

A. For compensatory damages not to exceed $1,500,000.00.

B. For pre- and post- judgment interest; and

C. For all costs incurred by Parkway as a result of this action; and

D. For such other further and general relief as this Court deems just and equitable.

### DEMAND FOR A JURY TRIAL

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted,

GILBERT RUSSELL McWHERTER PLC

J. Brandon McWherter #21600
Clinton H. Scott #23008
101 N. Highland Ave.
Jackson, TN 38301
(731) 664-1340
(731) 664-1540 (fax)
bmcwherter@gilbertfirm.com
cscott@gilbertfirm.com

CHILDRESS DUFFY, LTD.
Andrew M. Plunkett
*(to be admitted pro hac vice)*
500 N. Dearborn Street, Suite 1200
Chicago, Illinois 60610
(312) 494-0200
(312) 494-0202
aplunkett@childresslawyers.com

## COST BOND

This firm stands as surety for costs in this cause.

GILBERT RUSSELL McWHERTER PLC

_____
*[signature: Clint Scott]*

# EXHIBIT A



ZDD 2727001 06

Massachusetts Bay Insurance Company, 440 Lincoln Street, Worcester MA 01605
Commercial Line Policy
Common Declarations

AE

| Policy Number | Policy Period | | Coverage is Provided in the: | Agency Code |
| --- | --- | --- | --- | --- |
| | From | To | | |
| ZDD 2727001 06 | 08/29/2010 | 08/29/2011 | Massachusetts Bay Insurance Company | 1602320 |

| Named Insured and Address : | Agent : |
| --- | --- |
| PARKWAY FOX LP<br>DBA PARKWAY VILLAGE WEST<br>701 N POST OAK RD STE 515<br>HOUSTON TX 77024 | ARTHUR J GALLAGHER RISK<br>MANAGEMENT SERVICES INC<br>PO BOX 1749<br>SPRING TX 77383 |

Branch : Dallas Branch Office
Policy Period : From   08/29/2010   To   08/29/2011
12:01 A.M. Standard Time at Your Mailing Address Shown Above.
Business Description: Shopping Center
Legal Entity : Corporation

In Consideration of the premium, insurance is provided the Named Insured with respect to those premises described in the attached schedule(s) for which a specific limit of insurance is shown. This is subject to all terms of this policy including Common Policy Conditions. Coverage Parts, Forms and Endorsements may be subject to adjustment and/or a policy minimum premium.

| | |
| --- | --- |
| Commercial Property Coverage | $17,360.00 |
| Commercial General Liability Coverage | $5,062.00 |
| Professional Liability Coverage | Not Covered |
| Commercial Inland Marine Coverage | Not Covered |
| Commercial Crime Coverage | Not Covered |
| Commercial Auto Coverage | Not Covered |
| Total Surcharges Premium | N/A |
| Additional Premium For Policy Minimum | N/A |
| ** Total | $22,422.00 |

**INCLUDES PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE

Countersigned _____ By _____

Account Bill/8-Pay W/Service Charge

0573



PARKWAY FOX LP                    ZDD 2727001 06

                                  ARTHUR J GALLAGHER RISK

## Locations of All Premises You Own, Rent or Occupy

Location: 1

3071-3141 PERKINS ROAD &
4660 KNIGHT ARNOLD
Memphis TN
38118

## Forms Applicable to all Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 231-0475 | 06/89 | Notice Inquires to PILR on info on Claim |
| * 401-1127 | 01/08 | Notice - Disclosure of Premium - Acceptance of Coverage |
| 401-1131 | 01/08 | Terrorism Coverage Acceptance |
| 401-1135 | 01/08 | Terrorism Coverage Acceptance |
| * 401-1187 | 06/07 | Commercial Property Coverage Part Multistate Revisions of Forms and Endorsements Advisory NTP |
| IL 00 03 | 09/07 | Calculation of Premium |
| IL 00 17 | 11/98 | Common Policy Conditions |
| IL 00 21 | 07/02 | Nuclear Energy Liability Exclusion Endorsement ( Broad Form ) |
| IL 02 50 | 09/07 | Tennessee Changes - Cancellation And Nonrenewal |
| IL 09 35 | 07/02 | Exclusion of Certain Computer-Related Losses |
| IL 09 52 | 03/08 | Cap On Losses From Certified Acts Of Terrorism |
| SI3 00 03 | 06/05 | Signature Page - Mass Bay |

RECEIVED JUL - 6 2010

401-0152 01/05                    Page 2                    Issued  06/25/2010
                                  Agent

0574



PARKWAY FOX LP      ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Commercial Property Coverage Part Declaration

**Total Property Premium**  $17,360.00

Coverages Provided:
Insurance at the Described Premises applies only for the coverage shown below:

| LOC | BLDG | | |
|---|---|---|---|
| 1 | 1 | Occupancy: | Convenience Food Store |
| | | Territory: | 791 |
| | | Construction: | Masonry Noncombustible |
| | | Protection Class: | 2 |

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|---|---|---|---|---|
| 1 | 1 | Building | Special | $13,914.00 |
| | | Limit of Insurance: | $8,977,280.00 | |
| | | Replacement Cost | | |
| | | Coinsurance: | 100% | |
| | | Agreed Value | Agreed Expiration: 08/29/2011 | |
| | | | **Applicable Coverage Options** | |
| | | Agreed Amount | | |

411-0342 01/05      Page 3      Issued 06/25/2010
Agent

0575



PARKWAY FOX LP      ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Commercial Property Coverage Part Declaration

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|---|---|---|---|---|
| 1 | 1 | Contents | Special | $68.00 |
| | | Limit of Insurance: Replacement Cost | $10,404.00 | |
| | | Coinsurance: | 100% | |
| | | Agreed Value | Agreed Expiration: 08/29/2011 | |

**Applicable Coverage Options**

Agreed Amount

| LOC | BLDG | Coverage: | Cause of Loss: | Premiums: |
|---|---|---|---|---|
| 1 | 1 | Business Income | Special | $1,561.00 |
| | | Limit of Insurance: | $700,000.00 | |
| | | Coinsurance: | 100% | |

411-05 12 01/05      Page 4 Agent      Issued 06/25/2010

0576



PARKWAY FOX LP                           ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Commercial Property Coverage Part Declaration

| LOC | BLDG | APPLICABLE DEDUCTIBLE | |
|---|---|---|---|
| 1 | 1 | Windstorm/Hail Deductible | $5,000.00 |
|   |   | Theft Deductible: | $5,000.00 |
|   |   | Other Deductible: | $5,000.00 |

**Additional Premium for Property Minimum:**                N/A

**Miscellaneous/Optional Property Coverages:**               **PREMIUM**

Property Broadening                                          $400.00
Boiler / Machinery / Equipment Breakdown                     $1,317.00
Total Terrorism Premium                                      $100.00



PARKWAY FOX LP                ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Forms Applicable to Property Coverage Parts:

*Asterisk denotes new or changed form

| Form Number | Edition Date | Description |
|---|---|---|
| 401-1185 | 08/08 | Water Exclusion Endorsement Advisory Notice to Policyholders |
| 411-0078 | 03/03 | Property Special Broadening Endorsement |
| 451-0038 | 11/04 | Equipment Breakdown Coverage |
| 451-0054 | 04/07 | Equipment Breakdown NTP |
| CP 00 10 | 06/07 | Building and Personal Property Coverage Form |
| CP 00 30 | 06/07 | Business Income ( and Extra Expense) Coverage Form |
| CP 00 90 | 07/88 | Commercial Property Conditions |
| CP 01 40 | 07/06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 10 30 | 06/07 | Cause of Loss - Special Form |
| CP 10 32 | 08/08 | Water Exclusion Endorsement |
| CP 12 18 | 06/07 | Loss Payable Provisions |



PARKWAY FOX LP      ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Property Schedule of Additional Interest

**Location:** 1 **Building:** 1

**Loss Payable**

Farmers Ins. Grp Federal CU
C/O Bus. Ptners LLC &/or Assig
9301 Winetka
Chatsworth, CA  91311

411-0543 01/05      Page 7      Issued 06/25/2010
           Agent

0579



PARKWAY FOX LP                    ZDD 2727001 06

                                  ARTHUR J GALLAGHER RISK

## Commercial General Liability Coverage Part Declaration

| | | |
|---|---|---|
| Audit Frequency: | Not Auditable | |
| | **Limits of Insurance:** | |
| | General Aggregate Limit | $2,000,000 |
| | Products – Completed Operations are Included in the General Aggregate Limit | |
| | Each Occurrence Limit | $1,000,000 |
| | Personal and Advertising Injury Limit | $1,000,000 |
| | Fire Damage Limit, Any One Fire | $100,000 |
| | Medical Expense Limit, Any One Person | $5,000 |
| | General Liability Deductible: | |
| | Total Advance Commercial General Liability Premium | $5,062.00 |

### Forms Applicable to General Liability Coverage Parts:

*Asterisk denotes new or changed form

| | Form Number | Edition Date | Description |
|---|---|---|---|
| | 421-0022 | 12/90 | Asbestos Liability Exclusion |
| | 421-0080 | 01/03 | Commercial General Liability Special Broadening Endorsement |
| * | 421-0729 | 05/09 | Recording and Distribution of Material or Info in Violation of Law Excl Endt Advisory Notice to Policyholders |
| * | 421-0738 | 12/07 | 2007 General Liability Multistate Forms Revision Advisory Notice to Policyholders |
| * | CG 00 01 | 12/07 | Commercial General Liability Coverage Form |
| | CG 00 68 | 05/09 | Recording And Distribution of Material or Information In Violation of Law Exclusion |
| * | CG 21 47 | 12/07 | Employment - Related Practices Exclusion |
| | CG 21 62 | 09/98 | Exclusion - Year 2000 Computer Related And Other Electronic Problems With Exception for BI on Your Premises |
| | CG 21 67 | 12/04 | Fungi or Bacteria Exclusion |
| | CG 21 70 | 01/08 | Cap On Losses From Certified Acts Of Terrorism |
| | CG 21 76 | 01/08 | Exclusion of Punitive Damages Related To a Certified Act of Terrorism |
| | CG 21 96 | 03/05 | Silica or Silica-Related Dust Exclusion |



PARKWAY FOX LP                    ZDD 2727001 06

ARTHUR J GALLAGHER RISK

## Commercial General Liability Classification Schedule Declaration

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER 1000 of | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | TN | 001 | 67635 | 334 | 151,070 Area | Total Area | 21.704 | $3,279.00 |

Products – Completed Operations are Included in the General Aggregate Limit

Shopping Centers buildings, or premises not occupied by the insured

| LOC | ST | TERR | CODE | SUBLINE | PREMIUM BASIS | PER 1000 of | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | TN | 001 | 46606 | 334 | 175,000 Area | Total Area | 5.734 | $1,003.00 |

Products – Completed Operations are Included in the General Aggregate Limit

Parking public shopping centers maintained by lessee lessor's risk only

**Miscellaneous/Optional General Liability Coverages**                                **Advance Premium**

General Liability Special Broadening Endorsement                                              $725.00
Terrorism Premium                                                                             $55.00

                          Additional Premium for Coverage Minimum:           N/A

                          **Total Advance General Liability Premium**        $5,062.00

           Subline:  334        **Premises and Operations**