UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PARKWAY FOX, L.P., d/b/a
PARKWAY VILLAGE WEST,

        Plaintiff,

VERSUS

THE MASSACHUSETTS BAY
INSURANCE COMPANY

        Defendant.

CIVIL ACTION NO.  2:13-cv-02567

JUDGE FOWLKES

MAGISTRATE JUDGE VESCOVO

---

### PLAINTIFF'S VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

---

NOW INTO COURT, through undersigned counsel, comes plaintiff, Parkway Fox, L.P. d/b/a Parkway Village West, and upon representing that it has settled and compromised all of its claims against Massachusetts Bay Insurance Company in this matter, hereby moves this Honorable Court to enter an order dismissing its Complaint and all claim asserted herein against Massachusetts Bay Insurance Company with prejudice, each party will be responsible for their own costs and neither party will seek or be awarded discretionary costs.

Respectfully submitted,

By: /s/Andrew M. Plunkett
    Andrew M. Plunkett
    CHILDRESS DUFFY, LTD.
    500 N. Dearborn St., Ste. 1200
    Chicago, IL 60654
    aplunkett@childresslawyers.com

PD.16788124.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel or record.

/s/Andrew M. Plunkett
Andrew M. Plunkett
CHILDRESS DUFFY, LTD.
500 N. Dearborn St., Ste. 1200
Chicago, IL 60654
aplunkett@childresslawyers.com

Tessa P. Vorhaben, Esq.
Mark C. Dodart, Esq.
PHELPS DUNBAR, LLP
Canal Place 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
vorhabet@phelps.com
mdodart@phelps.com

John E. Anderson, Sr.
DICKINSON WRIGHT, PLLC
424 Church Street, Suite 1401
Nashville, TN 37219
janderson@dickinsonwright.com

J. Brandon McWherter
Clinton H. Scott
GILBERT RUSSELL MCWHERTER, PLC
101 N. Highland Avenue
Jackson, TN 38301
bmcwherter@gilbertfirm.com
cscott@gilbertfirm.com

PD.16788124.1