# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|   |   |
|---|---|
| **PARKWAY FOX, L.P., d/b/a** ) | |
| **PARKWAY VILLAGE WEST,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:13-cv-02567JTF-dkv |
| ) | |
| **THE MASSACHUSETTS BAY** ) | |
| **INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Voluntary Motion to Dismiss, ECF No. 91, filed on March 24, 2015.  The Court finds the motion is well taken and is GRANTED.  The Complaint and all claims asserted by Plaintiff, Parkway Fox, L.P., d/b/a, Parkway Village West, against Defendant Massachusetts Bay Insurance Company are DISMISSED WITH PREJUDICE. Each party will be responsible for its own costs and neither party will seek or be awarded discretionary costs.

**IT IS SO ORDERED** on this 24th day of March, 2015.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE