UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**PARKWAY FOX, L.P.,**
  **D/B/A PARKWAY VILLAGE WEST,**

    **Plaintiff,**

v.                                             Cv. No. 13-2567-JTF-dkv

**MASSACHUSETTS BAY**
**INSURANCE COMPANY,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Motion to Voluntarily Dismiss filed by Plaintiff on March 24, 2015 and the Order of Dismissal with Prejudice docketed March 24, 2015.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                         THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE         CLERK


March 24, 2015                                      s/Lorri Fentress
DATE                                               (By) LAW CLERK